# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 4, 2012

144727

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

KIMBERLY BEDDINGFIELD,
    Plaintiff-Appellee,

v

                SC: 144727
                COA: 300471
                Washtenaw CC: 09-001052-NI

DAVID EARL VAUGHN and MATTHEW
VAUGHN,
    Defendants,

and

FARM BUREAU GENERAL INSURANCE
COMPANY,
    Defendant-Appellant,

and

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
    Defendant-Appellee.

_____/

   On order of the Court, the application for leave to appeal the January 19, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 4, 2012

                _____
                    Clerk

h0827